IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CLARENCE SMITH,

          Petitioner,

v.                                        CIVIL ACTION NO.   2:15-cv-13636

DAVID BALLARD,

          Respondent.

ORDER

      This action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 26, 2016, Judge Aboulhosn submitted his Proposed Findings & Recommendations ("PF&R") [ECF No. 19] and recommended that the court **GRANT** the defendant's Motion to Dismiss the Petition as Untimely [ECF No. 10] and **DISMISS** the case. No party timely filed objections to the PF&R or sought an extension of time.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** the defendant's Motion to Dismiss the Petition as Untimely [ECF No. 10], and the court **ORDERS** the case **DISMISSED**.

The court **DIRECTS** the Clerk to remove this action from the docket and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 21, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2